United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-2695

_____

In re:  Johnnie W. Robinson,        *
                                    *
               Debtor.              *
                                    *
--------------------------          *
                                    *
Johnnie W. Robinson,                *
                                    *
          Debtor-Appellant,         *
                                    *  Appeal from the United States
          v.                        *  District Court for the
                                    *  Eastern District of Arkansas.
Bobby F. Scroggins; Taylor's Used   *
Cars; John B. Plegge, Honorable Judge, *       [UNPUBLISHED]
                                    *
          Defendants-Appellees,     *
                                    *
David D. Coop,                      *
                                    *
          Trustee-Appellee.         *

_____

Submitted:  September 18, 1997
    Filed:  September 22, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Johnnie W. Robinson appeals from the District Court's[1] order denying his motion to set aside a previous order of the Court dismissing, for failure to prosecute, the appeals of his bankruptcy cases. Because Robinson's notice of appeal was not filed within the thirty-day time period provided for by Federal Rule of Appellate Procedure 4(a), we lack appellate jurisdiction. Accordingly, we dismiss.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.